**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 23–00085–hb                                             Chapter: 7

**In re:**
McHarry Enterprises, Inc.
dba Sardi's Den Franchising, Inc., dba Sardi's Den, dba
Whirl's, Inc.

| Entered By The Court 9/25/23 | **FINAL DECREE, DISCHARGING TRUSTEE AND CLOSING CASE** | **Filed By The Court** 9/25/23 L. Jefferson Davis, IV Clerk of Court US Bankruptcy Court |

The estate of the above–named debtor(s) has been fully administered. Therefore,

*John K Fort* is discharged as trustee of the estate and the Chapter 7 case of the above named–debtor(s) is closed.

**IT IS SO ORDERED.**

Helen E. Burris
Chief United States Bankruptcy Judge